# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re:<br>ANGELIQUE M COPE<br><br>Debtor(s) | Case No. 14-41619 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/18/2014.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 04/22/2015.

6) Number of months from filing to last payment: 4.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

    Total paid by or on behalf of the debtor    $1,200.00
    Less amount refunded to debtor    $0.00

**NET RECEIPTS:**    **$1,200.00**

**Expenses of Administration:**

    Attorney's Fees Paid Through the Plan    $410.53
    Court Costs    $0.00
    Trustee Expenses & Compensation    $55.20
    Other    $0.00

**TOTAL EXPENSES OF ADMINISTRATION:**    **$465.73**

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACME CONTINENTAL CU | Unsecured | 0.00 | 1,828.36 | 1,828.36 | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 207.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 164.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 216.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE SOUTH SUBURBAN HOS | Unsecured | 2,004.00 | NA | NA | 0.00 | 0.00 |
| ALCOA BILLING CENTER | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| American Financial Cre | Unsecured | 29.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BLATT HASENMILLER LEIBSKER | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BRIXMOOR SPE 3 LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 8,950.00 | 11,825.00 | 11,825.00 | 734.27 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | NA | 4,957.59 | 4,957.59 | 0.00 | 0.00 |
| CBCS | Unsecured | 378.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS FINANCIAL SERVICES | Unsecured | 281.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 100.00 | 1,043.00 | 1,043.00 | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| COL/DEBT COLLECTION SYSTEMS | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| COL/DEBT COLLECTION SYSTEMS | Unsecured | 186.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 554.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 716.00 | 362.72 | 362.72 | 0.00 | 0.00 |
| DEBT RECOVERY SOLUTION | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| DEPAUL UNIVERSITY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 203.00 | NA | NA | 0.00 | 0.00 |
| DIRECT TV | Unsecured | 417.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED CREDIT SERVICE | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| ECOLAB | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| EDELSTEIN & EDELSTEIN | Unsecured | 1,835.00 | NA | NA | 0.00 | 0.00 |
| Fbcs | Unsecured | 765.00 | NA | NA | 0.00 | 0.00 |
| FIRST SMART INC | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FIRST SOURCE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| FOX VALLEY FIRE AND SAFETY | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| FRANCISCAN ALLIANCE | Unsecured | 29.00 | NA | NA | 0.00 | 0.00 |
| GREAT WALL RESTAURANT SUPPLY | Unsecured | 2,100.00 | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HUDSON ENERGY | Unsecured | 8,149.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | NA | 448.84 | 448.84 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 51.90 | 51.90 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 0.00 | 222.91 | 222.91 | 0.00 | 0.00 |
| INGALLS HOSPITAL | Unsecured | 535.00 | 195.40 | 195.40 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 3,417.34 | 3,383.15 | 3,383.15 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 20.00 | 205.20 | 205.20 | 0.00 | 0.00 |
| MATTESON ORTHODONTICS | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 1,224.39 | 1,224.39 | 0.00 | 0.00 |
| MIDWEST FOOD SVC | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| MRS ASSOCIATES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDIT LENDERS | Unsecured | 50.00 | 196.00 | 196.00 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Unsecured | 0.00 | 55,566.68 | 55,566.68 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Unsecured | NA | 5,859.86 | 5,859.86 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 1,266.00 | NA | NA | 0.00 | 0.00 |
| NU WAY DISPOSAL SVC | Unsecured | 424.00 | NA | NA | 0.00 | 0.00 |
| NUCO | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| OAKLAWN RADIOLOGY IMAGING | Unsecured | 16.00 | NA | NA | 0.00 | 0.00 |
| OLYMPIC VILLAGE APTS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ORCHARD BANKCARD SERVICES | Unsecured | 840.00 | NA | NA | 0.00 | 0.00 |
| PEPSICO AMERICAS BEVERAGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 2,100.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL CLINICAL LABORAT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE FINANCE LLC | Secured | NA | 2,021.31 | 2,021.31 | 0.00 | 0.00 |
| PROGRESSIVE FINANCE LLC | Unsecured | 0.00 | 0.00 | 2,021.31 | 0.00 | 0.00 |
| RADIOLOGY IMAGING CONSULTANT | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| SHERWIN WILLIAMS CU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SHERWIN WILLIAMS CU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SOUTH SUBURBAN FAMILY HEALTH | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 4,000.00 | 12,661.10 | 12,661.10 | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Suburban Pediatric Pulmonology | Unsecured | 8.00 | NA | NA | 0.00 | 0.00 |
| SULLIVAN URGENT AID CENTERS | Unsecured | NA | 85.00 | 85.00 | 0.00 | 0.00 |
| SULLIVAN URGENT AID CENTERS | Unsecured | 13.00 | 24.60 | 24.60 | 0.00 | 0.00 |
| TRIBUNE MEDIA GROUP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TRUSTMARK RECOVERY | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF ALSIP | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL SERVICES | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

Case 14-41619    Doc 45    Filed 08/20/15    Entered 08/20/15 14:25:06    Desc Main
                Document      Page 4 of 4

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $11,825.00 | $734.27 | $0.00 |
| All Other Secured | $2,021.31 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$13,846.31** | **$734.27** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,606.06 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$3,606.06** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$86,731.95** | **$0.00** | **$0.00** |

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $465.73 |
| Disbursements to Creditors | $734.27 |
| **TOTAL DISBURSEMENTS** : | **$1,200.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/20/2015           By: /s/ Tom Vaughn
                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**